CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

SEP 0 8 2006

JOHN F. CORCORAN, CLERK
BY:
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

| | | |
|---|---|---|
| PUNALERO DANCINGBUCK, | ) | |
| a.k.a. STUART DUKE, et. al., | ) | |
|     Plaintiffs, | ) | Civil Action No. 7:06-cv-00508 |
| | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| KIM COLEMAN, et. al., | ) | By: Hon. James C. Turk |
|     Defendants. | ) | Senior United States District Judge |

In accordance with the memorandum opinion entered this day, it is hereby

### ADJUDGED and ORDERED

that this action shall be and hereby is **DISMISSED** without prejudice, pursuant to 28 U.S.C. §1915A(b)(1) as to all federal claims, and pursuant to 28 U.S.C. § 1367( c) as to all state law claims; plaintiff's request for preliminary injunctive relief is hereby **DENIED**; and this action is hereby stricken from the active docket of the court.

The Clerk is directed to send certified copies of this order and the accompanying memorandum opinion to plaintiff.

ENTER: This _5th_ day of September, 2006.

_____
Senior United States District Judge